UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO REYES,<br><br>                                Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et. al.<br><br>                                Defendants. | Case No.: 18cv00367 JAH-RBB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS [Doc. No. 47]** |

      Pending before the Court is Plaintiff's motion to dismiss the action without prejudice. Plaintiff also requests an order providing him 60 days to seek fees and costs. Defendants do not oppose the motion to dismiss but request all parties are permitted to seek fees and costs. Plaintiff opposes Defendants' request they be permitted to seek fees.

      Good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion to dismiss is GRANTED. The action is dismissed in its entirety without prejudice.

2. Any party seeking fees and costs may file a motion within 60 days of the date of this order

DATED: August 17, 2020

                                                                  _____<br>                                                                  JOHN A. HOUSTON<br>                                                                  United States District Judge